UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tamra Haselman,

Plaintiff,

v.

Ashland, Inc.,
d/b/a Valvoline Instant Oil Change,
a foreign corporation,

Defendant.

Court File No. 00-CV-1323 PAM/JGL

**STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULE**

---

WHEREAS, the parties will not be able to complete discovery prior to the March 1, 2001 deadline, and believe that an adjustment to the Pretrial Scheduling Order deadlines would be beneficial to the parties;

WHEREAS, the parties have cooperated in managing the discovery schedule in this matter and are working diligently to conduct and conclude the necessary discovery;

WHEREAS, the parties by and between their respective counsel hereby stipulate to a two-month extension of the deadlines contained in the Court's Pretrial Scheduling Order dated September 25, 2000. The purpose of the extension is to allow the parties additional time for discovery in this matter.

NOW THEREFORE, the parties, by and through their counsel, stipulate and agree as follows:

1. The date by which discovery shall be completed shall be changed from **March 1, 2001** to **May 1, 2001**;

2. The date by which non-dispositive motions shall be filed and served shall be changed from **March 1, 2001** to **May 1, 2001**;

3. The date by which dispositive motions shall be filed, served and briefed shall be changed from **May 1, 2001** to **June 29, 2001**;

4. This case shall be ready for trial on **July 30, 2001**, at which time this case will be placed on the Court's jury trial calendar.

FILED FEB 2 ? 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

SO STIPULATED:

Dated: 2·15·01

NICHOLS KASTER & ANDERSON

Donald H. Nichols, #78918
Steven Andrew Smith, #260836
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: 2-21-01

OPPENHEIMER WOLFF & DONNELLY

Kathleen M. Mahoney, #66588
Plaza VII, Suite 3300
45 South 7th Street
Minneapolis, MN 55402
(612) 607-7000

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED:**

DATED: Feb. 28, 2001

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States Magistrate Judge