UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tamra Haselman,

Plaintiff,

Civil 00-1323 PAM/JGL

v.

**ORDER OF DISMISSAL**

Ashland Inc.,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 31, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED MAY 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______